IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE INSURANCE EXCHANGE,<br><br>    *Plaintiff*,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>    *Defendant*. | CIVIL ACTION<br>NO. 16-00015 |

## ORDER

**AND NOW**, this 11th day of April, 2016, upon consideration of Plaintiff Erie Insurance Exchange's ("Erie") Motion to Remand (ECF No. 8-2), Defendant Greenwich Insurance Company's ("Greenwich") Response (ECF No. 11-1), Erie's Reply (ECF No. 15) and Greenwich's Sur-Reply (ECF No. 22), it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1